IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOAN INNERS** | : | CIVIL ACTION NO. 1:12-CV-1701 |
| | : | |
| Plaintiff | : | **(Judge Kane)** |
| | : | **(Magistrate Judge Arbuckle)** |
| v. | : | |
| | : | |
| **KEYSTONE HUMAN SERVICES OF LANCASTER** | : | |
| | : | |
| Defendant | : | |

## O R D E R

Before the court in the captioned action is a September 9, 2013 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Arbuckle.

2) The Plaintiff's Motion to Dismiss (Doc. No. 4) is **GRANTED WITHOUT PREJUDICE** to the Plaintiff's right to amend her complaint within 20 days of the date of this order.

3) If Plaintiff does not file an amended complaint within 20 days of the date of this order, the Clerk of Court is directed to close the case.

4) If Plaintiff files an amended complaint within 20 days of the date of this order, all further proceedings in this matter are referred to Magistrate Judge Arbuckle.

s/ Yvette Kane
YVETTE KANE, Judge
United States District Court
Middle District of Pennsylvania

Dated: September 27, 2013